UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

AMERICORE HEALTH, LLC  CASE NO. 19-61607
  CHAPTER 11
DEBTORS

## NOTICE OF APPEARANCE

Melissa R. Dixon, Gambrel & Wilder Law Offices, PLLC, hereby enters an appearance in this matter as counsel of record for the Creditors, Daniel Jones and Paula Downey, and requests service of all electronic notifications under the Court's Case Management and Electronic Case Filing System.

Respectfully submitted,

/s/ Melissa R. Dixon
Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ North Main Street, Suite 2
London, KY 40741
Telephone: (606) 878-8906
Facsimile: (606) 878-8907
Email: mrdixon@gambrelwilderlaw.com