Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Americore Health, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alan W. Germany**<br>**2386 North Sun Lake Place**<br>**Tucson, AZ 85749** | | | **Disputed** | | | **$87,274.73** |
| **Amy Jackson-Bollinger**<br>**C/O Ronald E. Johnson Jr., Sarah N. Emer**<br>**Hendy Johnson Vaugh Emergy, PSC**<br>**909 Wright's Summit Parkway, #210**<br>**Covington, KY 41011** | | | **Disputed** | | | **$0.00** |
| **APP Group International, LLC**<br>**85 Broad Street, 75th Floor**<br>**New York, NY 10004** | | | **Disputed** | | | **$0.00** |
| **Azzam Medical Services, LLC**<br>**C/O Jesse O. Weatherly**<br>**657 Chamberlin Avenue**<br>**Cullman, AL 35055** | | | **Disputed** | | | **$0.00** |
| **Commonwealth of Pennsylvania**<br>**C/O Nancy A. Walker**<br>**Chief Deputy Attorney General**<br>**1600 Arch Street, Suite 300**<br>**Philadelphia, PA 19103** | | | **Disputed** | | | **$0.00** |

Debtor **Americore Health, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cornerstone Advisors Group, LLC**<br>**C/O Keith T. Ryan**<br>**20 Thunder Lake Road**<br>**Wilton, CT 06897** | | | **Disputed** | | | **$0.00** |
| **Corporation Services Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | | | | **Unknown** | **$0.00** | **Unknown** |
| **CT Corporation Systems**<br>**Attn: SPRS**<br>**330 N. Brand Blvd., Suite 700**<br>**Glendale, CA 91203** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Daniel Jones**<br>**C/O Melissa R. Dixon**<br>**Gambrel and Wilder Law Offices PLLC**<br>**1222 North Main Street**<br>**London, KY 40741** | | | **Disputed** | | | **$0.00** |
| **Diverse Medical Management, Inc.**<br>**C/O Michael Frey**<br>**82 Breckridge Road**<br>**McMinnville, TN 37110** | | | **Disputed** | | | **$0.00** |
| **EIN CAP, Inc.**<br>**160 Pearl Street, Floor 5**<br>**New York, NY 10005** | | | **Disputed** | **Unknown** | **$0.00** | **Unknown** |
| **Eys Cash, LLC**<br>**1130 Bedford Avenue**<br>**North Miami Beach, FL 33160** | | | | | | **$0.00** |
| **Fisher Scientific Company**<br>**711 Forbes Avenue**<br>**Pittsburgh, PA 15219** | | | **Disputed** | | | **$0.00** |
| **HOP Capital**<br>**323 Sunny Island Blvd.**<br>**#501**<br>**Sunny Isles Beach, FL 33160** | | | **Disputed** | **Unknown** | **$0.00** | **Unknown** |

Debtor **Americore Health, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jerry Wollum, M.C., P.S.C.**<br>**C/O Christopher Douglas**<br>**Douglas Law Office**<br>**P.O. Box 158**<br>**Pineville, KY 40977** | | | **Disputed** | | | $0.00 |
| **Jones Day**<br>**C/O Chris Anderson**<br>**77 West Wacker Drive**<br>**Chicago, IL 60601** | | | | | | $83,208.00 |
| **Kentucky Department of Labor**<br>**657 Chamberlin Avenue**<br>**Frankfort, KY 40601** | | | **Disputed** | | | $0.00 |
| **Melissa North**<br>**C/O Ronald Johnson, Jr., Sarah Emery**<br>**Emery Hendy Johnson Vaughn Emery, PSC**<br>**909 Wright's Summit Parkway, #210**<br>**Covington, KY 41011** | | | **Disputed** | | | $0.00 |
| **MOSC Enterprises, LLC**<br>**73 N. Maple Avenue**<br>**Toms River, NJ 08753** | | | | | | $0.00 |
| **Penn Med LLC**<br>**C/O Jeffery P. Meyers**<br>**Myers Law Group LLC**<br>**17025 Perry Highway**<br>**Warrendale, PA 15086** | | | **Disputed** | $5,257,049.00 | $0.00 | $5,257,049.00 |