UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Americore Health, LLC, *et al.*,[1] | Case No. 19-61607-grs |
| Debtors. | (Jointly Administered) |
| | Honorable Gregory R. Schaaf |

## ORDER DESIGNATING INDIVIDUAL
## RESPONSIBLE TO PERFORM DUTIES OF THE DEBTORS

This Court has reviewed the Corporate Resolutions filed in the above-captioned cases and hereby appoints Grant White as the individual responsible for performing the duties of Americore Health, LLC as a debtor in bankruptcy, pursuant to Fed. R. Bankr. P. 4002 and 9001(5)(A) and Local Rule of the Eastern District of Kentucky 1002-2(b).

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

20789369.1

Tendered by:

BINGHAM GREENEBAUM DOLL LLP

*/s/ James R. Irving*
James R. Irving
April A. Wimberg
Christopher B. Madden
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile: (502) 587-3695
Email: jirving@bgdlegal.com
        awimberg@bgdlegal.com
        cmadden@bgdlegal.com

*Proposed Counsel to the Debtors*

2

20789369.1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, January 15, 2020**
(grs)