**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Americore Health, LLC, | ) Case No. 19-61607-grs |
| Debtors. | ) |
| | ) Honorable Gregory R. Schaaf |

**NOTES AND STATEMENT OF LIMITATIONS,**
**METHODS, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Americore Holdings, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of counsel, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Notes and Statement of Limitations, Methods, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements have been prepared by the Debtors' management and counsel and are unaudited and subject to further review and potential revision. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records as it was available at the time of preparation. The Debtors' management and counsel have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation. However, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information, however, the Debtors may, but shall not be required to, update the Schedules and Statements.

20853594.1

The Debtors and their management and counsel do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their management and counsel expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their management or counsel be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their management or counsel are advised of the possibility of such damages.

## NOTES AND OVERVIEW OF METHODOLOGY

1. **Notes Control.** In the event that the Schedules and Statements differ from the Notes, the Notes shall control.

2. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any and all claim descriptions, designations, or Debtor(s) against which the claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any claim. Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

3. **Description of Cases and "As Of" Information Date.** Each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court on December 31, 2019 (the "Petition Date"). The Debtors are operating their businesses

and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 9, 2020, the Bankruptcy Court entered the Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 61]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset and liability information provided herein represents the asset data of the Debtors as of the close of business on December 31, 2019, except as otherwise noted.

      4.      **Amendment.** Although reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Thus, the Debtors reserve all rights, but shall not be required to, amend or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

      5.      **Certain Payments Made Within 90-Days of the Petition Date.** In lieu of creating a separate schedule of transfers, he Debtors have attached bank statements evidencing transfers made within the 90 days preceding the filing of the Chapter 11 Cases.

      6.      **Estimates and Assumptions.** Due to the limited amount of information provided to counsel, the preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates. All information received to do is included in the Schedules and Statements.

      7.      **Re-characterization.** Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all rights to re-characterize, reclassify, re-categorize, and re-designate items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

      8.      **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available the allocation of liabilities between the prepetition and post- petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

9. **Insiders.** Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission by the Debtors that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

10. **Umbrella Agreements.** Certain contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with each Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

11. **Lawsuits.** Where a lawsuit named two or more Debtors as a defendant, in lieu of including this information in the co-debtor section, that lawsuit was included on each respective Debtor's Statements.

12. **Executory Contracts and Unexpired Leases.** The Debtors have made reasonable efforts to locate and identify executory contracts and unexpired leases. However, this information may not be complete and will be supplemented as it becomes known.

13. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

14. **Claims Description.** Schedules D and E/F permit each of the Debtors to designate a claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."

15. **Causes of Action.** Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other

relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

NOTABLY, GRANT WHITE HAS REVIEWED BUT BELIEVES THAT NOT ALL OF THE INFORMATION CONTAINED HEREIN IS ACCURATE.  AS SUCH, MR. WHITE HAS NOT SIGNED THE SCHEDULES OR STATEMENTS AND EXPLICITLY RESERVES HIS RIGHTS TO SEEK TO FILE AMENDED SCHEDULES AND/OR STATEMENTS, OBJECT TO CLAIMS, ETC.

Dated: February 19, 2020                    Respectfully submitted,

/s/ James R. Irving
James R. Irving
April A. Wimberg
Christopher B. Madden
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile:  (502) 587-3695
Email: james.irving@dentons.com
           april.wimberg@dentons.com
           chris.madden@dentons.com

*Proposed Counsel to the Debtors*

20853594.1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Americore Health, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **19-61607** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................   $ 650,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................   $ 650,000.00

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ 5,257,049.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................   $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ 170,482.73

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                        $ 5,427,531.73

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Americore Health, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **19-61607** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor     Current value of debtor's interest

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

**11. Accounts receivable**

| 11b. Over 90 days old: | **650,000.00** | - | **0.00** | =.... | **$650,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.**     $650,000.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | Americore Health, LLC | Case number (If known) | 19-61607 |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Americore Health, LLC**  Case number *(If known)*  **19-61607**
           Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $650,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $650,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $650,000.00 |

**Fill in this information to identify the case:**

Debtor name: **Americore Health, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**

Case number (if known): **19-61607**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Corporation Services Company**
Creditor's Name

P.O. Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **Unknown**     Value: **$0.00**

**2.2** **CT Corporation Systems**
Creditor's Name

Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount: **Unknown**     Value: **$0.00**

| Debtor | **Americore Health, LLC** | Case number (if know) | **19-61607** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3**  **EIN CAP, Inc.**
Creditor's Name

**160 Pearl Street, Floor 5**
**New York, NY 10005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**    **$0.00**

---

**2.4**  **HOP Capital**
Creditor's Name

**323 Sunny Island Blvd. #501**
**Sunny Isles Beach, FL 33160**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**    **$0.00**

---

**2.5**  **Penn Med LLC**
Creditor's Name

**C/O Jeffery P. Meyers**
**Myers Law Group LLC**
**17025 Perry Highway**
**Warrendale, PA 15086**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**$5,257,049.00**    **$0.00**

---

| Debtor | **Americore Health, LLC** | Case number (if know) | **19-61607** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Smart Business** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**561 Northeast 79th Street
Miami, FL 33138**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **The Third Friday Total Return Fund, L.P.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**C/O Michael E. Lewitt
85 N. Congress Avenue
Delray Beach, FL 33445**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Americore Health, LLC** | Case number (if know) | **19-61607** |
|---|---|---|---|
| | Name | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $5,257,049.00

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **Americore Health, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**

Case number (if known): **19-61607**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alan W. Germany<br>2386 North Sun Lake Place<br>Tucson, AZ 85749<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$87,274.73** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Amy Jackson-Bollinger<br>C/O Ronald E. Johnson Jr., Sarah N. Emer<br>Hendy Johnson Vaugh Emergy, PSC<br>909 Wright's Summit Parkway, #210<br>Covington, KY 41011<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>APP Group International, LLC<br>85 Broad Street, 75th Floor<br>New York, NY 10004<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Azzam Medical Services, LLC<br>C/O Jesse O. Weatherly<br>657 Chamberlin Avenue<br>Cullman, AL 35055<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |

| Debtor | Americore Health, LLC | Case number (if known) | 19-61607 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Commonwealth of Pennsylvania**<br>**C/O Nancy A. Walker**<br>**Chief Deputy Attorney General**<br>**1600 Arch Street, Suite 300**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cornerstone Advisors Group, LLC**<br>**C/O Keith T. Ryan**<br>**20 Thunder Lake Road**<br>**Wilton, CT 06897**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Daniel Jones**<br>**C/O Melissa R. Dixon**<br>**Gambrel and Wilder Law Offices PLLC**<br>**1222 North Main Street**<br>**London, KY 40741**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Diverse Medical Management, Inc.**<br>**C/O Michael Frey**<br>**82 Breckridge Road**<br>**McMinnville, TN 37110**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Eys Cash, LLC**<br>**1130 Bedford Avenue**<br>**North Miami Beach, FL 33160**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Fisher Scientific Company**<br>**711 Forbes Avenue**<br>**Pittsburgh, PA 15219**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Grant R. White**<br>**6857 Crest Road**<br>**Rancho Palos Verdes, CA 90275**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Americore Health, LLC | Case number (if known) | 19-61607 |
|---|---|---|---|
| | Name | | |

### 3.12

**Nonpriority creditor's name and mailing address**

Jerry Wollum, M.C., P.S.C.
C/O Christopher Douglas
Douglas Law Office
P.O. Box 158
Pineville, KY 40977

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.13

**Nonpriority creditor's name and mailing address**

Jones Day
C/O Chris Anderson
77 West Wacker Drive
Chicago, IL 60601

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$83,208.00**

### 3.14

**Nonpriority creditor's name and mailing address**

Kentucky Department of Labor
657 Chamberlin Avenue
Frankfort, KY 40601

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.15

**Nonpriority creditor's name and mailing address**

Melissa North
C/O Ronald Johnson, Jr., Sarah Emery
Emery Hendy Johnson Vaughn Emery, PSC
909 Wright's Summit Parkway, #210
Covington, KY 41011

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.16

**Nonpriority creditor's name and mailing address**

MOSC Enterprises, LLC
73 N. Maple Avenue
Toms River, NJ 08753

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.17

**Nonpriority creditor's name and mailing address**

Pamela Johnson
C/O Ronald Johnson, Jr., Sarah Emery
Emery Hendy Johnson Vaugh Emery, PSC
909 Wright's Summit Parkway, #210
Covington, KY 41011

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.18

**Nonpriority creditor's name and mailing address**

Paula Downey
C/O Melissa R. Dixon
Gambrel and Wilder Law Offices PLLC
1222 North Main Street
London, KY 40741

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | Americore Health, LLC | Case number (if known) | 19-61607 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Wessex Management LLC**<br>**2107 St. Georges Avenue**<br>**Rahway, NJ 07065** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 170,482.73 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c.  $ | 170,482.73 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Americore Health, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **19-61607** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Americore Health Enterprises, LLC** | | APP Group International, LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Americore Health Enterprises, LLC** | | Amy Jackson-Bollinger | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Ellwood City Medical Center, LLC** | | Davidoff Law Firm | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Ellwood Medical Center Operations, LLC** | | APP Group International, LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Ellwood Medical Center Real Estate, LLC** | | Penn Med LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Americore Health, LLC | Case number *(if known)* | 19-61607 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Ellwood Medical Center, LLC | APP Group International, LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Ellwood Medical Center, LLC | Penn Med LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Izard County Medical Center, LLC | Davidoff Law Firm | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Pineville Medical Center, LLC | Davidoff Law Firm | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Pineville Medical Center, LLC | APP Group International, LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |