UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

AMERICORE HEALTH, LLC                              CASE NO. 19-61607
                                                   CHAPTER 11
DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Order [DE 33] granting Melissa R. Dixon, Esq. leave to withdraw as counsel for the Creditor, Paula Downey, has been served upon Paula Downey by placing in the United States Mail, postage prepaid, on the 29th day of May, 2020.

                              Respectfully submitted,

                              /s/ Melissa R. Dixon
                              Melissa R. Dixon
                              Gambrel & Wilder Law Offices, PLLC
                              1222 ½ North Main Street, Suite 2
                              London, KY 40741
                              Telephone: (606) 878-8906
                              Facsimile: (606) 878-8907
                              Email: mrdixon@gambrelwilderlaw.com